AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jason Ray Tingley, | ) | Case No. 4:20-MJ-589 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 30, 2020** in the county of **Polk** in the **Southern** District of **Iowa**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841(a)(1), 841(b)(1)(A) | Possession with Intent to Distribute Methamphetamine |
| 18 USC §§ 922(g)(1), 922(g)(3), 924(a)(2) | Felon/drug user in Possession of a Firearm |
| 18 USC § 924(c)(1)(A) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

✓ This application and affidavit were presented by an attorney for the government.

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

*Complainant's signature*

Andrew Becker, Senior Police Officer, DMPD
*Printed name and title*

Date: 10/23/2020

*Judge's signature*

City and state: Des Moines, Iowa

Celeste F. Bremer, U.S. Magistrate Judge
*Printed name and title*



FILED
By: Clerk's Office, Southern District of Iowa
2:31 pm, Oct 23 2020