IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) | Case No.    4:20-MJ-589 |
| v. | | |
| JASON RAY TINGLEY, | | **[FILED UNDER SEAL]** |

I, Andrew S. Becker, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of a criminal complaint. It is intended merely to show that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

2. I am a Narcotics Investigator within the Des Moines Police Department's Vice & Narcotics Control Section and have been so since March 2018. Prior to my assignment as a Narcotics Investigator, I held police officer positions within the following sections of the Des Moines Police Department: first watch patrol (9pm-7am), airport unit, the Summer Enforcement Team, and the Metropolitan Special Tactics and Response Entry Team.  During my law enforcement career, I have participated in numerous investigations involving the unlawful distribution of narcotics and firearms-related crimes in violation of federal and state laws, which led to arrests, convictions of violators, and seizures of narcotics and proceeds gained from illegal activity.  During the course of my duties, I have conducted or participated in physical and electronic surveillance, undercover transactions, the execution of search warrants, debriefing of informants, interviews of witnesses, and reviews of recorded

conversations involving drug trafficking and firearms activities. I am a graduate of the twenty-two (22) week Des Moines Police Academy that commenced on October 25, 2010.

3. I have also attended the following educational courses/training seminars reference drug and weapon investigations:

- Advanced Roadside Impaired Driving Enforcement (16 hours) sponsored by Des Moines Regional Police Academy (2012)
- Tactical Warrant Service School (24 hours) sponsored by Midwest Counter Drug Training Center (MCTC) (2012)
- Interview and Interrogation (40 Hours) sponsored by MCTC (2014)
- Street Crimes Seminar (21 hours) sponsored by Des Moines Regional Police Academy (2014)
- Reid & Associates Interview and Interrogation (24 hours) sponsored by Reid Institute (2015)
- Tactical Narcotics Debriefing (16 hours) sponsored by MCTC (2018)
- Narcotics Investigations (24 hours) sponsored by the Iowa Narcotics Officers Association (INOA) (2018, 2019)
- Clandestine Laboratory Safety Certification (40 hours) sponsored by MCTC (2018)
- Methamphetamine Investigations (24 hours) sponsored by MCTC (2019)
- Development, Management, and Control of Drug Informants (24 Hours) sponsored by MCTC (2019)
- Cellebrite Mobile Forensics Fundamentals (14 Hours) sponsored by Des Moines Regional Police Academy (2020)
- Cellebrite Certified Operator (14 Hours) sponsored by Des Moines Regional Police Academy (2020)
- Cellebrite Certified Physical Analyst (21 Hours) sponsored by Des Moines Regional Police Academy (2020).

4. I know from my previous training and experience that pursuant to Title 18, United States Code, Section 922(g)(1) and 922(g)(3), it is unlawful for a person who is knowingly convicted of a crime punishable by more than one year or is an unlawful user of or addicted to any controlled substances, as defined in 21 U.S.C. § 802, to knowingly ship, transport, possess, or receive a firearm or ammunition in interstate or foreign commerce.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses.

6. Based on the facts in this affidavit, there is probable cause to believe that Jason Ray TINGLEY has committed violations of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A) (possession with intent to distribute a controlled substance); Title 18, United States Code, Section 922(g)(1), 922(g)(3), and 924(a)(2) (prohibited person in possession of a firearm); and Title 18, United States Code, Section 924(c)(1)(A) (possession of a firearm in furtherance of drug trafficking crime).

**PROBABLE CAUSE**

7. On September 30, 2020, at approximately 6:45 a.m., members of the Des Moines Police Narcotics Unit (DMPD-NCU) executed a federal search warrant for Jason Ray TINGLEY's known residence at 933 18th Street, Apt 12, Des Moines, Iowa. Members of DMPD-NCU secured the apartment and found that TINGLEY was not present. No other occupants were present.

8. A search of the apartment yielded approximately 289 grams of methamphetamine, approximately 12 grams of marijuana, multiple digital scales with methamphetamine residue, drug paraphernalia, narcotics packaging (Ziploc bags), and indicia consistent with narcotics distribution, such as notebooks with what appear to be drug notes. The methamphetamine was stored in a container in the oven in the kitchen.

9. Officers also located a Smith and Wesson M&P Shield, 9mm, pistol with Serial number HLL 3835, concealed in a couch in the living room. The pistol had three (3) live rounds in the inserted magazine and an empty chamber. The pistol was found to be stolen out of Butler County, Kansas.

10. Apartment 12 is a one-bedroom apartment. The living room, where the gun was found, and the kitchen, where the meth was found, are in close proximity.

11. This affiant knows that a large quantity of methamphetamine, here approximately 289 grams, along with digital scales and narcotics packaging (Ziploc bags) are consistent with the packaging and sale of drugs, and specific to this investigation, methamphetamine. Further, based on my training, experience, and investigation, methamphetamine in the Des Moines-market tends to be actual methamphetamine, rather than methamphetamine mixture. Therefore, probable cause exists to believe that of the 289 grams found in TINGLEY's residence it contains greater than 50 grams of actual methamphetamine.

12. This affiant further knows drug users and/or traffickers often maintain possession of a firearm near their supply of drugs. This practice is generally

undertaken to have immediate access to a firearm to protect the drugs from robbery attempts and/or theft. Further, it is common for prohibited persons to obtain stolen firearms because they are unable to lawfully obtain them.

13. During the search of the apartment a Black Apple iPhone in a black and green case was also located in the living room of the residence, seized, and searched.

14. Further, a shipping label with the name Jason TINGLEY and an address of 933 18th Street, Apartment 12, Des Moines, Iowa was located within the residence. Other paperwork for Jason TINGLEY was located in the apartment as well.

## ADDITIONAL INFORMATION

15. A review of TINGLEY's criminal history shows that he has prior felony convictions, including convictions for Theft 1st Degree and Operating While Intoxicated Third Offense. In addition, TINGLEY is currently on parole for operating while under the influence 2nd offense, operating while intoxicated 3rd or subsequent offense, and eluding.

16. In 2013, TINGLEY was also convicted of possession of a controlled substance, a serious misdemeanor, in the Iowa District Court for Polk County.

17. According to the apartment manager, TINGLEY was the sole lessee of Apartment 12 at the time of the search warrant on September 30, 2020.

18. On or about October 21, 2020, TINGLEY was arrested on an outstanding parole warrant and booked into the Polk County jail.

19. A preliminary examination of the Smith and Wesson M&P9 firearm (serial number HLL3835) has been conducted by an interstate nexus expert with the Bureau of Alcohol, Tobacco, Firearms, and Explosives. This preliminary examination revealed that the firearm was manufactured outside the state of Iowa and therefore traveled in interstate commerce. Additionally, the firearm meets the definition of a firearm, pursuant to 18 U.S.C. § 921(a)(3).

## CONCLUSION

20. Based on facts and circumstances described above, I believe there is probable cause to believe that Jason Ray TINGLEY possessed methamphetamine with the intent to distribute it, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A); possessed a firearm as a prohibited person, namely a felon and drug user, in violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(3), and 924(a)(2); and possessed a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A).

I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information, and belief.

_____
Andrew S. Becker, Narcotics Investigator
Des Moines Police Department

This application and affidavit were presented to me by Assistant United States Attorney MacKenzie Benson Tubbs.

Subscribed and sworn to before me this 23rd day of October, 2020, by reliable electronic means.

_____
Honorable Celeste F. Bremer
United States Magistrate Judge